

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES THOMAS PETTWAY AND CAL-MAINE FOODS, INC.                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:20-cv-10-CWR-LRA

CIRCLE S. IRRIGATION, INC., A
MISSISSIPPI CORPORATION; ASIAN TIRE
FACTORY LIMITED, A FOREIGN
CORPORATION; GKN ARMSTRONG
WHEELS, INC., A FOREIGN
CORPORATION; AMX IRRIGATION, LLC,
A FOREIGN CORPORATION; AND
LINDSAY CORPORATION, A FOREIGN
CORPORATION                                                                          DEFENDANTS

## AGREED ORDER OF DISMISSAL AS TO CIRCLE S. IRRIGATION, INC.

This cause came on for hearing on defendant Circle S. Irrigation, Inc.'s Motion to Dismiss [Doc. #6], and this Court, having considered the same, noting that plaintiffs and all defendants have agreed to said motion and otherwise being fully advised in the premises, is of the opinion that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice as to Circle S. Irrigation, Inc. only, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 28th day of January, 2020.

/s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

{D1341338.1}

APPROVED AND AGREED TO:

_____
*E. Scott Lehning*
ATTORNEY FOR PLAINTIFFS

_____
*George E. Abdo III*
ATTORNEY FOR CIRCLE S. IRRIGATION, INC.

_____
ATTORNEY FOR ASIAN TIRE FACTORY LIMITED

_____
ATTORNEY FOR LINDSAY CORPORATION

_____
*Bobby Thompson by George Abdo w/ permission*
ATTORNEY FOR AMX IRRIGATION, LLC

_____
*W. Thomas "Tad" McCraney, III by George Abdo w/ permission*
ATTORNEY FOR GKN ARMSTRONG WHEELS, INC.

APPROVED AND AGREED TO:


_____
ATTORNEY FOR PLAINTIFFS


_____
ATTORNEY FOR CIRCLE S. IRRIGATION, INC.


*/s/ Yaris W. Bell*
ATTORNEY FOR ASIAN TIRE FACTORY LIMITED
(With reservation of all F.R.C.P. 12 defenses)


_____
ATTORNEY FOR LINDSAY CORPORATION


_____
ATTORNEY FOR AMX IRRIGATION, LLC


_____
ATTORNEY FOR GKN ARMSTRONG WHEELS, INC.


APPROVED AND AGREED TO:

_____
ATTORNEY FOR PLAINTIFFS

_____
ATTORNEY FOR CIRCLE S. IRRIGATION, INC.

_____
ATTORNEY FOR ASIAN TIRE FACTORY LIMITED

*/s/ Clarke G. Copeland*                    Agreed order of dismissal of Circle S
_____
ATTORNEY FOR LINDSAY CORPORATION

_____
ATTORNEY FOR AMX IRRIGATION, LLC

_____
ATTORNEY FOR GKN ARMSTRONG WHEELS, INC.