IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES THOMAS PETTWAY AND
CAL-MAINE FOODS, INC.,

    Plaintiffs,

vs.

CIRCLE S. IRRIGATION, INC., A
MISSISSIPPI CORPORATION; ASIAN
TIRE FACTORY LIMITED, A
FOREIGN CORPORATION; GKN
ARMSTRONG WHEELS, INC. A
FOREIGN CORPORATION; AMX
IRRIGATION, LLC, A FOREIGN
CORPORATION; AND LINDSAY
CORPORATION, A FOREIGN
CORPORATION,

    Defendants.

CIVIL ACTION NO.
3:20-cv-00010-CWR-LRA

## AGREED ORDER OF DISMISSAL AS TO AMX IRRIGATION, LLC

THIS COURT, noting that Plaintiffs and all Defendants have agreed to this Order of Dismissal as to AMX Irrigation, LLC and otherwise being fully advised in the premises, is of the opinion that the proposed order is well-taken and should be entered.

IT IS, THEREFORE ORDERED AND ADJUDGED that this cause be hereby dismissed with prejudice as to AMX Irrigation, LLC only, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 13th day of February, 2020.

*Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE

1

APPROVED AND AGREED TO:

_/s/ E. Scott Verhine_
E. SCOTT VERHINE, MSB #10548
Attorney for Plaintiffs

_/s/ Robert P. Thompson_
ROBERT P. THOMPSON, MSB #8188
Attorney for AMX Irrigation, LLC


LEWIS W. BELL, MSB #2337
Attorney for Asian Tire Factory Limited

_Thomas McCraney w/ permission by RPT_
W. THOMAS McCRANEY, MSB #10171
Attorney for GKN Armstrong Wheels, Inc.


CHARLES G. COPELAND, MSB #6516
Attorney for Lindsay Corporation

APPROVED AND AGREED TO:

_____
E. SCOTT VERHINE, MSB #10548
Attorney for Plaintiffs


_____
ROBERT P. THOMPSON, MSB #8188
Attorney for AMX Irrigation, LLC

*/s/ Lewis W. Bell*
LEWIS W. BELL, MSB #2337
Attorney for Asian Tire Factory Limited
(without waiver of F.R.C.P. 12(b) defenses)


_____
W. THOMAS McCRANEY, MSB #10171
Attorney for GKN Armstrong Wheels, Inc.


_____
CHARLES G. COPELAND, MSB #6516
Attorney for Lindsay Corporation