IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHARLES THOMAS PETTWAY and**
**CAL-MAINE FOODS, INC.**                                                     **PLAINTIFFS**

v.                                          CIVIL ACTION NO. 3:20-CV-10-CWR-LGI

**ASIAN TIRE FACTORY LIMITED,**
**GKN ARMSTRONG WHEELS, INC.,**
**and LINDSAY CORPORATION**                                       **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO GKN ARMSTRONG WHEELS, INC. and LINDSAY CORPORATION

THIS DAY THIS CAUSE CAME BEFORE THE COURT on the joint motion *ore tenus* by the Plaintiffs Charles Thomas Pettway and Cal-Maine Foods, Inc., and Defendant GKN Armstrong Wheels, Inc., and Defendant Lindsay Corporation for an Agreed Order of Dismissal with Prejudice as to all claims by Plaintiffs in the above-entitled action against these Defendants, and it being stipulated that all claims asserted in this action by Plaintiffs against these Defendants have been fully compromised and settled; and the Court, having considered the same and being fully advised in the premises;

IT IS HEREBY ORDERED that all claims made or that could have been made by the Plaintiffs against Defendant GKN Armstrong Wheels, Inc., and Defendant Lindsay Corporation in this civil action are hereby dismissed with prejudice with each party to bear their own costs.

The Plaintiffs' claims against ASIAN TIRE FACTORY LIMITED are not dismissed and this action shall proceed against ASIAN TIRE FACTORY LIMITED.

SO ORDERED this the 22nd day of September, 2021.

*s/ Carlton W. Reeves*
**U.S. DISTRICT COURT JUDGE**


AGREED to by:

*s/ E. Scott Verhine*
E. Scott Verhine
Verhine & Verhine PLLC
1013 Adams Street
Vicksburg, MS 39183
scott@verhine.biz
ATTORNEY FOR PLAINTIFFS

*s/ Christopher S. Shank*
Christopher S. Shank *pro hac vice*
SHANK & HEINEMANN, LLC
1968 Shawnee Mission Pkwy, Suite 100
Mission Woods, Kansas 66205
chris@shanklawfirm.com
ATTORNEY FOR DEFENDANT GKN ARMSTRONG WHEELS, INC.

 s/Charles G. Copeland
Charles G. Copeland
COPELAND COOK TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
gcopeland@cctb.com
ATTORNEY FOR DEFENDANT LINDSAY CORPORATION