
*Original*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**CHARLES THOMAS PETTWAY; CAL-MAINE FOODS, INC.**             **PLAINTIFFS**

V.        CAUSE NO. 3:20-CV-10-CWR-LGI

**ASIAN TIRE FACTORY LIMITED**        **DEFENDANT**

### JURY VERDICT

The jury is directed to answer the following questions in accordance with the Court's instructions. The answer to each question must be your unanimous decision.

1. Do you find, by a preponderance of the evidence, that the plaintiffs have proven all of the elements of their failure to warn claim against Asian Tire Factory?

    Yes ✓       No _____

    **If you answered "yes," proceed to answer questions 2 and 3.**
    **If you answered "no," go to the next page and sign and date the verdict form.**

2. What percentage of fault, if any, do you assign to each of the following parties?

    Asian Tire Factory   26.675 %
    Cal-Maine Foods     69.75 %
    Charles Pettway      3.625 %
    TOTAL               100%

3. Please itemize the damages that will compensate the plaintiffs for the following injuries, if any you find:

    a. Past Medical Expenses:      $ 0

    b. Future Medical and Other Expenses:      $ 46,190.

    c. Past physical pain, suffering, mental anguish, anxiety, and loss of enjoyment of life suffered by Mr. Pettway:      $ 368,750.

d. Future physical pain, suffering, mental anguish, anxiety, and loss of enjoyment of life to be suffered by Mr. Pettway:   $ 398,250.

e. Past and present physical limitation, disability or impairment suffered by Mr. Pettway as a direct and proximate result of his injuries:   $ 65,625.

f. Future permanent physical limitation, disability, or impairment to be suffered by Mr. Pettway as a direct and proximate result of his injuries:   $ 406,250.

DATE: 10-29-2021